DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**K.G. POWELL, TRUSTEE** of the **K.G. POWELL TRUST,**
Appellant,

v.

**JERI BENJAMIN,** as Successor Trustee of the **GENE MOORE III
REVOCABLE LIVING TRUST DATED AUGUST 12, 2012,**
Appellee.

No. 4D22-3299

[July 13, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert E. Belanger, Judge; L.T. Case No. 562021CA000990A.

Jeff Tomberg of Jeff Tomberg, Esq., LLC, Boynton Beach, for appellant.

Carole Aronson of Carole Aronson, P.A., Boynton Beach, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., FORST and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***